**Order entered August 11, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01364-CV

### UHS OF TIMBERLAWN, INC.
### D/B/A TIMBERLAWN PSYCHIATRIC HOSPITAL, Appellant

### V.

### OPAL SMITH, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19165**

### ORDER

Before the Court is appellant's August 10, 2020 fourth status report and motion requesting an extension of time to file its brief on merits. In the motion, appellant explains that the parties have finalized their settlement agreement and submitted an agreed order of dismissal to the trial court on August 8, 2020. The trial court has not yet signed the order.

We **GRANT** appellant's motion to the extent that appellant shall file either a motion to dismiss the appeal or its brief on the merits by **September 14, 2020**.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Staci Williams, Presiding Judge of the 101st Judicial District Court, and all parties.

/s/    KEN MOLBERG
       JUSTICE